No. 218. CAHN, EXECUTOR, v. UNITED STATES. On writ of certiorari to the Court of Claims. Argued January 7, 8, 1936. Decided January 13, 1936. *Per Curiam:* The judgment is reversed upon the authority of *Knox v. McElligott,* 258 U. S. 546. *Mr. John W. Townsend,* with whom *Mr. Claude E. Koss* was on the brief, for petitioner. *Mr. Guy Patten,* with whom *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. Sewall Key* were on the brief, for the United States. By leave of Court, *Mr. E. J. Dimock* filed a brief as *amicus curiae* supporting the position of petitioner. 